```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 07097
    STANLEY C JOHNSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-8123

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 03/25/2008 and was not confirmed.

      The case was dismissed without confirmation 06/09/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------------
OPTION ONE MORTGAGE        NOTICE ONLY      NOT FILED           .00           .00
OPTION ONE MORTGAGE        CURRENT MORTG         .00            .00           .00
OPTION ONE MORTGAGE        SECURED NOT I     9916.37            .00           .00
RMI/MCSI                   UNSECURED          223.00            .00           .00
CITIFINANCIAL SERVICES     UNSECURED         3726.19            .00           .00
FREMONT INVESTMENT & LOA   SECURED NOT I    30712.66            .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED         6974.34            .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED         5929.23            .00           .00
B-REAL LLC                 UNSECURED         6955.45            .00           .00
AMERICAN EXPRESS BANK      UNSECURED         1846.55            .00           .00
AMERICAN EXPRESS BANK      UNSECURED         2434.20            .00           .00
AMERICAN EXPRESS BANK      UNSECURED         3379.45            .00           .00
AMERICAN EXPRESS BANK      UNSECURED         1466.88            .00           .00
AMERICAN GENERAL FINANCE   UNSECURED         4439.94            .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                           --------------   --------------
TOTALS                         .00                  .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 07097 STANLEY C JOHNSON

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/24/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```